435 A.2d 652

Commonwealth v. Corley, Jr., Appellant.

Submitted June 13, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 652

Commonwealth v. Cosgrove, Appellant.
Petition for Allowance of Appeal Denied Nov. 6, 1981.

Argued March 20, 1980. William R. Bernhart, for appellant; J. Michael Morrissey, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence is affirmed.